# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DIANE DEARING,

        Plaintiff,   :   Case No. 3:10-cv-108

  - vs -   :   District Judge Thomas M. Rose
                                                 Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL   :
SECURITY,

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Complaint is dismissed for failure to comply with Third Amended Magistrate Judges' General Order No. 11 and for failure to prosecute.

September 3, 2010.                         *s/THOMAS M. ROSE*

                                                             Thomas M. Rose
                                                            United States District Judge